# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2075

_____

Christopher Anthony
Blauner,

Appellant,

v.

Sherry Lynn Blauner,

Appellee.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

March 1, 2024

Per Curiam.

Affirmed.

Lewis, Bilbrey, and Long, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael T. Webster of Michael T. Webster, P.A, Shalimar, for Appellant.

John K. Reed of Remol Reed, P.A., Destin; Clark H. Henderson, Shalimar, for Appellee.